325 U.S. 882
 65 S.Ct. 1575
 89 L.Ed. 1997
 William A. WAREHIME, d. b. a Nezen Milk Food Company, et al., petitioners,
v.
H. H. VARNEY, Milk Market Agent, War Food Administration, et al.
 No. 1296.
 Supreme Court of the United States
 June 18, 1945
 Rehearing Denied Oct. 8, 1945.
 
 See 66 S.Ct. 15.
 Mr. Paul W. Walter, for petitioners.
 Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl and Miss Beatrice Rosenberg, for respondents.
 Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit.
 
 
 1
 Denied.